NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE TIME WARNER CABLE INC. AND TIME WARNER CABLE ENTERPRISES LLC,**
*Petitioners.*

———————————

2014-153

———————————

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:13-cv-01079-RSP, Magistrate Judge Roy S. Payne.

———————————

**ON PETITION**

———————————

**O R D E R**

Upon consideration of petitioners' September 24, 2014 letter stating that the petition is moot,

IT IS ORDERED THAT:

The petition is dismissed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30